**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LEILA MCCOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-cv-00652-NCC |
| | ) | |
| THE STATE OF MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file.  On September 5, 2023, a memorandum and order that the Court had addressed to plaintiff at 2000 E. Broadway, #174, Columbia, Missouri 65201, was returned to the Court marked "return to sender," "moved left no address," and "unable to forward."   *See* Doc. [16]. Local Rule 2.06(B) states:

> Every self-represented party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number.   If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

Plaintiff has not notified the Clerk of Court of any change of address.  The Court will therefore dismiss this action without prejudice pursuant to Local Rule 2.06(B).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without** pursuant to Local Rule 2.06(B) for failure to notify the Court of plaintiff's change of address.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 11th day of October, 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE